## RÉSUMÉ

Mario Castillo Freyre (Lima, 1964), lawyer graduated from the *Pontificia Universidad Católica del Perú*. He practices the legal profession at the law firm which bears his name. He has been also graduated as Master and Doctor in Laws from the *Pontificia Universidad Católica del Perú*.

He is author of the following prolific and legal production of books: *Los contratos sobre bienes ajenos* in 1990 (translation: *Agreements over other people's goods*); *El bien materia del contrato de compraventa* in 1992 (translation: *The good matter of the Purchase and Sale Agreement*); *El precio en el contrato de compraventa y el contrato de permuta* in 1993 (translation: *The Price in the Purchase and Sale Agreement and in the Exchange Agreement*); *Las obligaciones y sus modalidades. V-isión histórica* in 1996 (translation: *The obligations and its figures. From a historical point of view*); *Las doctrinas tradicionales frente a la contratación computarizada* in 1996 (translation: *Traditional Doctrines against the on line Agreements through electronic media*), tomes I, II, III and IV (1996); *Todos los poderes del presidente, ética y derecho en el ejercicio de la presidencia* in 1997 (translation: *All the Powers of the President, Ethics and Law in the practice of the Government career*); *Tentaciones académicas. La reforma del Código Civil peruano de 1984* in 1998 (translation: *Academic Temptations. Reform of the Peruvian Civil Code of 1984*), tomes I and II; *Tratado de la venta* in 2000 (translation: *Treatise over the Sale*), tomes I, II, III, IV, V and VI; *Tratado de la teoría general de los contratos. La plena vigencia del Código Civil en la contratación contemporánea* in 2002 (translation: *Treatise over the General Theory of the Agreements. The full effectiveness of the Civil Code in the Current Agreements*), tome I; *Tratado de los contratos típicos. El contrato de suministro. El contrato de donación* in 2002 (translation: *Treatise over the Typical Agreements. Supply Agreement. Donation Agreement*), tome I; *Comentarios al contrato de compraventa* in 2002 (translation: *Comments to the Purchase and Sale Agreement*); *Tratado de los contratos típicos. El contrato de mutuo. El contrato de arrendamiento* in 2002 (translation: *Treatise over the Typical Agreements. Mutual-Reciprocal Agreement. Lease Agreement*), tome II; *Tratado de los contratos típicos. El contrato de hospedaje. El contrato de comodato* in 2002 (translation: *Treatise*

*over the Typical Agreements. Hosting Agreement. Loan and Restitution Agreement. Lease Agreement*), tome III; *Estudios sobre el contrato de compraventa* in 2003 (translation: *Research over the Purchase and Sale Agreement*); *Código Civil. Edición Oficial del Ministerio de Justicia* in 2004 (translation: *Civil Code. Official edition of the Ministry of Justice*); *Ni urgente, ni necesario; más bien: defectuoso. Comentarios muy críticos al anteproyecto oficial de Reforma del Código Civil de 1984* in 2005 (translation: *Neither urgent, nor necessary; rather defective. Very critical comments to the Official Preliminary Project to Reform the Civil Code of 1984*); *Análisis de la Ley de la Garantía Mobiliaria* in 2006 (translation: *Analysis of the Law on Security Guaranty*); *Por qué no se debe reformar el Código Civil* in 2007 (translation: *Why the Civil Code should not be reformed*); and *Entre el derecho civil y el arbitraje* in 2016 (translation: *Between the Civil Law and the Arbitration*).

Mario Castillo is coauthor with Felipe Osterling Parodi of the *Tratado de las obligaciones*, 1994-2003 (translation: *Treatise of the Obligations*), book which sixteen tomes have been published around 1994 and 2003; besides, they both have written the book *Estudio sobre las Obligaciones Dinerarias en el Perú* in 1995 (translation: *Research about Money Obligations in Peru*) published with the Instituto de Investigaciones Jurídicas de la Universidad Nacional Autónoma de México; and the book titled *Compendio de derecho de las obligaciones* in 2008 (Lima) and 2014 (Bogotá) (translation: *Compilation of the obligations law*).

Likewise, he has written the book *Analizando el análisis. Autopsia del análisis económico del derecho por el derecho civil* in 2004 (translation: *Analyzing the Economical Analysis of the Law. Autopsy of the Economical Analysis of the Law by the Civil Law*); *La reforma de la enseñanza jurídica en debate. Métodos y contenidos en la Facultad de Derecho de la Pontificia Universidad Católica del Perú* in 2005 (translation: *Reform of the Juridical Teaching in Debate. Methods and Contents in the Law Faculty of the Pontificia Universidad Católica del Perú*); *Cuatro temas de hoy* in 2005 (translation: *Four topics of today*); *El contrato de seguro* in 2006 (translation: *The Insurance Contract*); *La teoría de los actos propios* in 2006 (translation: *Theory of the Own Acts —Estoppel—*); *Arbitraje. El juicio privado* in 2007 (translation: *Arbitration. The Private Trial*); *Arbitraje y debido proceso* in 2007

(translation: *Arbitration and Due Process*); *Comentarios a la ley de arbitraje* in 2014 (translation: *Comments to the Arbitration Law*); *Las garantías sobre bienes muebles. Comentarios críticos a la Ley de la Garantía Mobiliaria* in 2015 (translation: *Security interests in movable property. Critical comments to the Law of Secured Transactions*); *El Código Civil a través de sus modificaciones. Un análisis exhaustivo para su correcta interpretación* (translation: *The Civil Code through its amendments. An Exhaustive Analysis for its proper interpretation*).

In addition, Castillo is author of more than two hundred articles his expertise, published in several law reviews of Peru.

Castillo Freyre is professor of Civil Law (Obligations and Contracts) to the Faculties of Law of the *Pontificia Universidad Católica del Perú* (main Professor); *Universidad Femenina del Sagrado Corazón* (main Professor) and the *Universidad de Lima*. Additionally, he has been a member of the Organizing Commission to the Doctorate in Law of the *Pontificia Universidad Católica del Perú*. Currently, he has been elected as Dean of the Faculty of Law of *Universidad Católica San Pablo* in Arequipa.

He is also an Honorary Professor of the Universidad Nacional San Agustín de Arequipa (of which he is also Doctor *Honoris Causa*), the *Universidad de San Martín de Porres* of Lima, the *Universidad Andina Néstor Cáceres Velásquez* in Juliaca and the Faculty of Law of *Universidad Nacional Hermilio Valdizán* in Huánuco.

Furthermore, he has been a speaker in those universities and in several schools of law in Peru and abroad; including *Universidad de Piura* (Master of Business Law), *Universidad Católica Santa María* in Arequipa, the *Universidad Privada de Tacna*, *Universidad Nacional Jorge Basadre Grohmann* in Tacna, *Universidad Nacional del Altiplano* in Puno, the *Universidad Inca Garcilaso de la Vega* in Lima, *Universidad Nacional San Antonio Abad* in Cusco, *Universidad Nacional San Cristóbal de Huamanga*, *Universidad Privada Los Andes* in Huancayo, *Universidad Nacional de la Amazonía Peruana* in Iquitos, *Universidad Nacional de Trujillo*, *Universidad Privada Antenor Orrego* in Trujillo, *Universidad Privada Señor de Sipán* in Lambayeque, *Universidad Alas Peruanas*, *Universidad Complutense de*

4

*Madrid*, *Universidad Autónoma de Madrid*, *Universidad Europea de Madrid*, *Universidad Carlos III de Madrid*, *Universidad Internacional de Cataluña*, *Universidad Autónoma de Barcelona*, *Universidad Abad Oliva* in Barcelona, *Universidad de La Coruña*, *Universidad de Granada*, and *Universidad Pontificia Bolivariana* (Monteria branch, Colombia).

Castillo has been incorporated as Visiting Professor at Alas Peruanas University (2012).

He was declared an Illustrious Guest by the Faculty of Law of the National University of Cordoba, Argentina.

He has held conferences at the Institutes of Civil Law and History of Law and Political Ideas of the National Academy of Law and Social Sciences of Cordoba, Argentina.

He is arbitrator in several *ad-hoc* arbitration procedures, at the Centers of Arbitration of the Lima Chamber of Commerce, OSCE, Lima Bar Association, *Pontificia Universidad Católica del Perú* and Amcham. Since the year 2001 has been appointed as arbitrator in more than 400 procedures.

Castillo Freyre is Director of the collection titled *Biblioteca de Arbitraje* edited by his law firm, publication that commenced to circulate in the year 2006, and which first forty-three volumes have already been published, containing arbitration doctrine of the most qualified national and foreign professors. He also directs the collection *Biblioteca de Derecho* also edited by his law firm. He is author of several books of both collections, among them, the volumes *Arbitraje. El juicio privado: la verdadera reforma de la justicia* (translation: *Arbitration. Private Judgment: True Reform of Justice*; *Arbitraje y debido proceso* (translation: *Arbitration and due process*); *¿Arbitraje y regulación?* El caso Ositran (translation: *Arbitration and Regulation? The case of Ositran*); *Entre el derecho civil y el arbitraje* (translation: *Between Civil Law and Arbitration*); and *Comentarios a la ley de arbitraje* (translation: *Comments to the Arbitration* (two volumes)). In this last book, he analyzes in detail all the articles of this important legal provision.

Castillo has been a member of the Advisory Council of the Judiciary.

Also, Mario Castillo is a member of the Lima Bar Association and an honorary member of the Arequipa Bar Association.

He is Member of Number of the *Academia Peruana de Derecho* (Peruvian Academy of Law) (2010), Corresponding Academic of the *Academia Asturiana de Jurisprudencia* (Asturian Academy of Jurisprudence and Legislation) (2012) and Corresponding Academic of the *Academia Nacional de Derecho y Ciencias Sociales de Córdoba* (National Academy of Law and Social Sciences of Cordoba), Argentina (2014).

He is engaged in professional practice in the areas of Civil Law and Arbitration.

Also, he exercises active defense in arbitral processes, as much in private matter as in state contracting

Lima, October 2017